Case 2:22-cr-14018-AMC Document 1 Entered on FLSD Docket 03/03/2022 Page 1 of 16

FILED BY _____ D.C.
Mar 2, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00018-SMM

UNITED STATES OF AMERICA,

v.

SHAWN ANTHONY JACKSON OUTLER,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
Diana M. Acosta
Assistant United States Attorney
FL Bar No. 775185
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0981
Fax: 772-466-1020
Email: diana.acosta@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint                                                    AUSA Diana M. Acosta

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY _____scn_____ D.C.
Mar 2, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| Shawn Anthony Jackson Outler, | ) 22-mj-00018-SMM |
|  | ) |
|  | ) |
|  | ) |
| Defendant(s) |  |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 26, 2018, November 28, 2019, August 30, 2021 in the county of Saint Lucie and Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Use of a Computer to Attempt to Entice a Minor to Engage in Prohibited Sexual Activity; |
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Gennady Julien, Special Agent, FBI
Printed name and title

Attested to by applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: March 2, 2022

_____
Judge's signature

City and state: Fort Pierce, Florida          Shaniek M. Maynard, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gennady Julien, been duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2019 and am currently assigned to Miami Division, Palm Beach County Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations, including but not limited to: crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2252, et seq.

2. In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. I am investigating the sexual exploitation of children and related activities of the individual named herein, SHAWN ANTHONY JACKSON OUTLER (OUTLER).

4.      I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that OUTLER has violated 18 U.S.C. §§ 2422(b) (use of a computer to attempt to entice a minor to engage in prohibited sexual activity and 2252(a)(2) (receipt of child pornography).

## PROBABLE CAUSE

5.      During January 2021, the Florida Atlantic University Police Department (FAUPD), located at 777 Glades Road, Boca Raton, Palm Beach County, Florida, received reports from two separate minor victims, Minor Victim 1 (MV1) and Minor Victim 2 (MV2) on separate dates. Both reports alleged the minor victims had been involved in online sexual relationships with OUTLER, wherein they produced and transmitted sexually explicit media of themselves to OUTLER at his direction. MV2 additionally reported OUTLER directed her to engage in self harm by carving his initials into her thigh and transmit media of the harm to him online.

6.      Since the minor victims resided out of state and reported communications occurring before OUTLER attended FAU, FAUPD requested the assistance of the FBI in April 2021. At that time, FAUPD confirmed that in the spring of 2020 OUTLER enrolled at FAU as a fulltime student. Prior to the sprint of 2020, the FBI investigation revealed that OUTLER resided in Port Saint Lucie, Saint Lucie County, Florida.

7.      On April 26, 2021, FBI personnel conducted a telephonic interview of MV1. MV1 provided cellular telephone screenshots of conversations between MV1 and OUTLER on Snapchat

and Instagram. Screenshot conversations between MV1 and OUTLER via Snapchat captured multiple statements made by OUTLER wherein OUTLER appeared to be directing MV1 to produce specific sexually explicit images at the time of the communications. MV1 was seventeen (17) and OUTLER was twenty-one (21) years of age at the time of these communications. MV1 additionally provided screenshots of communications wherein OUTLER identified his name as "Shawn Anthony Outler" with a residence at 181 N, 1880 East University Drive, Boca Raton, Florida, and that he was attending FAU.

8. On April 26, 2021, I conducted a telephonic interview with MV2. MV2 reported she met OUTLER when MV2 was 16 years old. MV2 and OUTLER communicated via OUTLER's Instagram accounts "atyourcervix" and "disconcerto", as well as Snapchat account "kingtayylor2". When MV2 was seventeen (17) and OUTLER was twenty (20) years of age, the relationship became sexual in nature. According to MV2, she was pressured by OUTLER to produce sexually explicit images and videos of herself, to include videos of MV2 masturbating and penetrating herself with sex toys. OUTLER expressed extreme anger towards MV2 if she failed to comply with his requests for sexual media. OUTLER additionally used guilt and knowledge of MV2's past trauma to attempt to manipulate and control MV2.

9. MV2 additionally reported OUTLER pressured her to stop taking her medications for anxiety and depression and engage in self harm. MV2 told FBI that OUTLER at one point requested MV2 provide him an image of his initials carved into her side. MV2 complied by carving his initials into her body and transmitted this image to OUTLER.

10. On April 29, 2021, I conducted a telephonic interview with MV3. MV3 reported she met OUTLER in July 2018 on Instagram. OUTLER and MV3 communicated via OUTLER's Instagram accounts "atyourcervix" and "disconcerto" and Snapchat account "kingtayylor2". In

December 2018, the online relationship between OUTLER and MV3 became sexual in nature. OUTLER requested sexually explicit images of MV3, to include nude images, images of MV3's breasts and genitalia, and videos of MV3 masturbating. MV3 was fifteen (15) and sixteen (16) and OUTLER was nineteen (19) years of age when she complied with his requests and produced and distributed the sexually explicit media to OUTLER.

11. In December 2019, MV3 reported that OUTLER travelled to New York near where she resided. OUTLER contacted MV3 and attempted to schedule a meeting with MV3 for sex. MV3 provided screenshots of these communications to FBI personnel. MV3 was sixteen (16) and OUTLER was twenty (20) years old during this timeframe. The communications occurred via Instagram account "disconcerto". Within the chats, OUTLER attempted to organize a sexual encounter and asked if he could ejaculate inside MV3. OUTLER suggested to MV3 that they meet in a public place to have sex, but later agreed to find a motel. OUTLER then again tried to get MV3 to have sex in a public location.

12. During these communications, OUTLER regularly used his last name with MV3 and sent MV3 multiple pictures of himself. At one time when MV3 questioned OUTLER's identity, OUTLER sent MV3 a copy of his Florida identification card. MV3 provided a screenshot of an Instagram communication she received from account "atyourcervix" to me, which featured an image of a Florida identification card with the name "Shawn-Anthony", OUTLER's date of birth, and the issuance date of August 21, 2017, visible. All other information was digitally blurred in the image. A Florida D.A.V.I.D. query revealed OUTLER was issued his original Florida identification card on August 21, 2017.

13. On April 28, 2021, I conducted a telephonic interview with MV4. MV4 reported she communicated with OUTLER online from the summer of 2018 to approximately the winter of

4

2019. MV4 was between fifteen (15) to seventeen (17) years of age during this timeframe. OUTLER contacted MV4 via Instagram. The online relationship between MV4 and OUTLER eventually became sexual in nature. OUTLER requested sexually explicit images and videos of MV4 on a daily basis to which MV4 complied. MV4 transmitted sexually explicit media to OUTLER when she was between fifteen (15) and seventeen (17) years old. OUTLER was nineteen (19) to twenty-one (21) years of age when he requested and received sexually explicit media of MV4.

14. MV4 felt she did not have a choice to either comply or refuse with OUTLER's requests because OUTLER expressed extreme anger when she failed to comply. MV4 was also afraid of OUTLER because OUTLER knew where MV4 went to high school.

15. OUTLER also requested images of MV4's injuries from self-harm, which included cutting and burning. MV4 engaged in self harm prior to meeting OUTLER, but the practice continued throughout the relationship. OUTLER also requested MV4 urinate in a cup and drink the urine and produce media of this behavior for OUTLER's consumption. MV4 urinated in the cup, but only stuck their tongue in the urine. OUTLER requested further images and videos to confirm MV4 had tasted her urine daily for several weeks. MV4 produced and transmitted this media for OUTLER.

16. Around New Year's Day in 2019, MV4 travelled to Southern Florida to visit family. OUTLER was aware of MV4's trip and attempted to arrange a meeting between the two of them. MV4 advised OUTLER that she could not separate herself from her family. OUTLER kept proposing several plans to have MV4 separate and isolate from her family so they could be together unsupervised. MV4 did not meet with OUTLER when she was in south Florida. MV4 was sixteen (16) and OUTLER was nineteen (19) years of age during this timeframe.

17. On May 19, 2021, I telephonically interviewed MV5. MV5 stated she engaged in online communications with a subject who identified himself as "Jordan" via Instagram accounts "atyourcervix" and "disconcerto". MV5 communicated with "Jordan" in 2018 to 2019 when MV5 was sixteen (16) and seventeen (17) years of age. After the relationship ended, MV5 learned through other minor victims on Instagram that "Jordan" was in fact OUTLER.

18. According to MV5, her online relationship with OUTLER began as friends, but quickly became sexual in nature. OUTLER requested sexually explicit media of MV5, which MV5 produced and transmitted to OUTLER via Instagram, and Snapchat account "lookhereboy". MV5 was sixteen (16) at the time the sexually explicit media was sent to OUTLER. OUTLER was nineteen (19) at the time he received the sexually explicit media of MV5.

19. MV5 was afraid of OUTLER. During the early days of their online relationship, MV5 told OUTLER she lived in Oklahoma. OUTLER claimed to live near MV5 and advised that he wanted to meet MV5 in person. OUTLER also expressed extreme anger and threatened to release sexually explicit media of MV5 if she failed to comply with his requests for more.

20. OUTLER requested MV5 carve a "J" into her thigh for "Jordan", and to send media of the carving. MV5 complied with the request. Unsatisfied with her performance, OUTLER asked her to carve it again and send additional images which resulted in scarring. OUTLER also requested MV5 make and transmit a video of herself licking a toilet seat. MV5 complied.

21. MV5 ended the online relationship with OUTLER in 2019. OUTLER contacted MV5 via Instagram accounts "atyourcervix" and "disconcerto" in order to obtain more sexually explicit media. In a screenshot from Instagram account "atyourcervix", OUTLER told MV5 to "Keep anything and everything we've done to yourself".

6

22. In screenshots from Instagram "atyourcervix" account provided by MV5, OUTLER calls MV5 a "dumb bitch" and an "ungrateful bitch" and threatens to, "Let me post u like the fucking whore you are", followed up with, "should I post the licking vids". Additional screenshots of chats on this Instagram account capture messages of OUTLER belittling MV5 refusal to seek help after OUTLER states, "Wake up I'm horny".

23. FBI Agents served subpoenas to Instagram for subscriber and IP address information for accounts "disconcerto" and "atyourcervix". Geographic information from the recovered IP addresses revealed from 2018 through 2019 the accounts were primarily connected to the area of Port Saint Lucie, Saint Lucie County, Florida. In March 2020, the location and registrant of the IP addresses switched to FAU in Boca Raton, Palm Beach County, Florida. The geographical and temporal data surrounding the IP addresses recovered from Instagram is consistent with information known concerning OUTLER. OUTLER lived at 7654 Pine Lakes Boulevard, Port Saint Lucie, Saint Lucie County, Florida, which he provided as a home address to FAU. In the spring of 2020, OUTLER moved into student housing at FAU in Boca Raton, Palm Beach County, Florida when he matriculated there.

24. Subpoena return information from AT&T regarding IP address 107.130.46.50, an IP address frequently used to connect to Instagram accounts "disconcerto" and "atyourcervix" in 2018 and 2019, returned to Sandra Jackson at 285 SE Volkerts Ter., Port Saint Lucie, Florida. Florida D.A.V.I.D. queries revealed that Sandra Leonie Jackson-Mitchell resides at 7654 Pine Lakes Boulevard, Port Saint Lucie, Florida, but also maintains a mailing address at 285 SE Volkerts Terrace, Port Saint Lucie, Florida.

25. On July 6, 2021, FBI personnel received return information on administrative subpoenas from Snapchat. Subscriber information provided by Snapchat for "kingtayylor2"

returned a display name of "Shawn", a creation date of November 25, 2015, and one hundred sixty-seven (167) timestamped IP addresses used to access "kingtayylor2" from June 2020 through April 2021. Of the provided time stamps, one hundred twenty-five (125) resolved to Florida Atlantic University in Boca Raton, Palm Beach County, Florida. Other IP addresses primarily connected to the area of Port Saint Lucie, Saint Lucie County, Florida, where OUTLER is known to have resided.

26. On June 28, 2021, a federal search warrant was issued for Instagram accounts "atyourcervix" and "disconcerto" in the Southern District of Florida, case number 21-00041-BER. My review of the Instagram account "disconcerto" revealed significant information corroborating allegations made by MV1, MV2, MV3, MV4 and MV5. Chats between OUTLER and MV1 through MV4 were recovered. Many chats included extensive records indicating that there were posts of disappearing media and video calls not memorialized by Instagram[1].

27. I was also able to find sexually explicit media of MV2 within the contents of "disconcerto". Specifically, I observed images of MV2 with the name "Shawn" written in marker on her breasts, videos of MV2 fellating a pink dildo, and a video of MV2's genitalia filmed and zoomed in from the rear. Communications were additionally recovered between OUTLER and other accounts discussing his sexual relationships with minor victims.

28. Communications recovered from OUTLER's Instagram accounts "disconcerto" and "atyourcervix" revealed information that led to the identification of MV6, MV7, and MV8.

29. Media of MV6 as a minor was recovered from OUTLER's Instagram accounts which included images of MV6 nude on a couch, and an image of MV6 showing her buttocks in

---

[1] Instagram allows photos and videos to be attached to chats which are later automatically deleted. These photos and videos can be screen recorded by the user using functions of almost any smartphone device without alerting the person who transmitted the media.

8

a mirror with her underwear pulled slightly to the side, displaying her anus. Communications in 2018 from account "atyourcervix" confirm that on at least two occasions, MV6 reported to OUTLER that she was fifteen (15), and OUTLER reported he was an adult. From 2018 to 2020, multiple conversations via Instagram between OUTLER and MV6 were recovered wherein OUTLER directed MV6 to masturbate and transmit sexually explicit media of herself to him.

30. MV6 was interviewed by FBI personnel on November 19, 2021. MV6 reported her relationship with OUTLER began when she was a sophomore in high school. MV6 described OUTLER as a smaller build black male who was attending college in Florida. MV6 confirmed talking to OUTLER via Instagram, as well as engaging in video calls via Facetime, and exchanging images and videos via his Snapchat accounts "kingtayylor2" and "lookhereboyy". MV6 reported OUTLER directed her to produce specific sexually explicit media, including images of her genitals and breasts, and videos of her masturbating, and to send it directly to OUTLER. If MV6 refused to provide OUTLER with the requested media, OUTLER would threaten to never talk to her again. MV6 was fifteen (15) to seventeen (17) years old at the time of the sexual media requests. Based on the records, OUTLER would have been nineteen (19) to twenty-one (21) years old at the time of the requests.

31. Media of MV7 was recovered from OUTLER's Instagram account "disconcerto". This media included a video of MV7 penetrating her vagina with what appeared to be a small spray bottle, which was transmitted and OUTLER received on November 28, 2019, when MV7 was seventeen (17) and OUTLER was twenty (20) years of age. A day later, MV7 and OUTLER engaged in the following exchange on Instagram wherein OUTLER acknowledged knowing MV7's age:

    a.    MV7: ALMOST MY BIRTHDAY
    b.    OUTLER: Da big 18

9

c.  OUTLER: Oh shit she's legal

32. IP records recovered from Instagram indicate that OUTLER logged into his Instagram accounts "atyourcervix" and "disconcerto" from IP address 107.130.46.50 on October 31, 2019. IP address 107.130.46.50 belongs to AT&T U-Verse, and returned to Sandra Jackson at 285 SE Volkerts Ter, Port Saint Lucie, Florida. OUTLER's next documented login to the aforementioned Instagram accounts occurred on January 16, 2020 from IP address 131.91.4.32, which was registered to FAU. This indicates OUTLER received the sexually explicit material from MV7 while connected to his accounts through IP address 107.130.46.50 in Port Saint Lucie, Saint Lucie County, Florida.

33. MV7 was interviewed by FBI personnel on December 20, 2021. MV7 reported she had been in contact with OUTLER via Instagram account "disconcerto" and his Snapchat account "lookhereboy". MV7 stated she initially met OUTLER via Instagram when she was sixteen (16) or seventeen (17) years old. MV7 reported she and OUTLER were in contact for about a year, but the contact ended just before she graduated high school. During that time, OUTLER requested sexually explicit images and videos of MV7 as a minor, to include videos of MV7 using objects to penetrate herself such as markers or a hairbrush. MV7 recalled that if she refused to send OUTLER sexually explicit media, OUTLER would say hurtful things to her. In one instance, MV7 reported OUTLER requested she heat up a fork and burn herself with it because OUTLER wanted MV7 to have marks or scars on her.

34. No media of MV8 was recovered from OUTLER's Instagram accounts. Records recovered from "atyourcervix" and "disconcerto" establish that MV8 and OUTLER communicated from at least August 2018 through December 2020. From early within the recovered chats on account "atyourcervix", multiple references to age are made, including multiple

10

instances in which MV8 stated she was thirteen (13) years old. Two instances in which MV8 confirmed her age were on October 10, 2018, and October 26, 2018. OUTLER was nineteen (19) years of age in October of 2018.

35. Chats between MV8 and OUTLER via Instagram account "atyourcervix" indicate at some point MV8 contacted OUTLER via his Snapchat account "kingtayylor2" to engage in a live stream video call. Soon after the conclusion of their call, MV8 and OUTLER return to Instagram to chat, wherein MV8 appears to scold OUTLER for masturbating on video and attempting to get her to do the same. MV8 was thirteen (13) and OUTLER was nineteen (19) years old at the time of the communication. Their chats included the following exchange on October 26, 2018:

   a. OUTLER: U were close
   b. MV8: bruh no I wasn't
   c. MV8: you were the one telling me to do it when I was the one telling you to stop and telling myself I wasn't gonna do it
   d. OUTLER: Ur strong
   e. OUTLER: I'm a good kid anyways
   f. MV8: HOW
   g. MV8: you wanted me to masturbate –
   h. OUTLER: In the moment
   i. MV8: YOU ASKED A THIRTEEN YEAR OLD TO HELP YOU FINISH

36. On January 12, 2022, MV8 was interviewed by FBI personnel. MV8 reported she met OUTLER via Instagram in 2017 and knew him as "Tony", who had reported to her he was sixteen (16) years old. OUTLER was eighteen (18) to nineteen (19) at the time. MV8 was eleven (11) years old when she first began talking with OUTLER. OUTLER told MV8 he lived in Florida and made music. MV8 knew OUTLER's music name on Youtube as "Shawn Anthony." During the interview, MV8 confirmed OUTLER would want her to go on Snapchat so she could help him finish masturbating. MV8 additionally specified OUTLER often wanted to talk about sexual

11

scenarios with her, and at times attempted to direct her to masturbate. MV8 reported OUTLER stated he would "fuck" her if they ever met up, but no plans were made to do so.

37. IP records provided by Instagram for accounts "atyourcervix" and "disconcerto" showed logins to both accounts from September 06, 2018, through November 12, 2018, were done exclusively through Comcast IPv6 addresses bearing prefix "2607:58b:4101:a78d" and IPv4 address 73.244.218.199, both of which geolocate to Port Saint Lucie, Florida.[2]

38. A person who is 18 years old or older who engages in such sexually explicit conduct online with a minor who is less than 16 years of age is in violation of FSSs 800.04(7)(b) (lewd or lascivious exhibition on-line) and 847.0135(5)(a) and (b) (computer pornography transmission and child exploitation).

39. On September 21, 2021, a search warrant was executed upon Snap Inc for the contents of OUTLER's Snapchat account "kingtayylor2" in the Southern District of Florida, case number 21-00064-BER. Review of account "kingtayylor2" revealed communications between OUTLER and MV9, as well as media of MV9. Recovered communications occurred between July 8, 2021, and September 8, 2021.

40. On August 30, 2021, OUTLER requested MV9 watch him shower, stating, "watch me shower and you'll get a fat reward." Throughout August 30, 2021, chats between MV9 and OUTLER indicate OUTLER set up a video call in which he masturbated after soliciting sexually explicit media of MV9 as a minor. OUTLER offered to pay for a premium account on Roblox[3] in

---

[2] From my training and experience, I am aware comcast assigns IPv4 addresses and IPv6 prefixes to residential customers for terms of six months to a year. Comcast does not retain the associated IP information for specific subscribers more than 180 days. Because the FBI investigation began approximately two years after this exchange occurred, specific assignment of the IPv4 address and IPv6 prefix was not available. Geolocation information and company assignment for these addresses does remain accurate over several years.

[3] Roblox is a popular computer game available on desktop and mobile platforms, which includes in-game privileges that can be accessed through paid subscription to a "premium" account.

exchange for media from MV9 and MV9's viewership of him in the shower. Chats indicate OUTLER received sexually explicit media of MV9 as observed in the following exchange:

a. MV9: Here
b. OUTLER: What
c. MV9: They didn't send, hold up
d. MV9: (files sent)[4]
e. OUTLER: So do you want premium
f. OUTLER: pussy looks tasty fr

40. The files sent by MV9 to OUTLER noted above were three video files, one approximately twenty-five (25) seconds in length and two approximately a minute in length, which showed MV9 vaginally penetrating herself and masturbating with a hairbrush in front of a mirror. MV9 was fourteen (14) years old at the time the media was sent to OUTLER. OUTLER was twenty-two (22) at the time he received the media. FAUPD reports that OUTLER was living on FAU campus in Boca Raton beginning on August 19, 2021, indicating he received the sexually explicit images of MV9, while in Palm Beach County.

41. MV9 was interviewed by FBI personnel on December 8, 2021. MV9 confirmed being in contact with OUTLER, who identified himself to her as "Shawn" who was from Florida. MV9 advised OUTLER reached out to her randomly via Facetime. MV9 told FBI personnel OUTLER would ask for sexually explicit images and videos of her as a minor, and pay her in "Robux", a currency for the online game "Roblox." OUTLER additionally exposed himself to her and asked that she masturbate with objects. MV9 reported only masturbating for OUTLER on video with an object once, which was a black hairbrush. MV9 threw away the hairbrush after the incident.

---

[4] Chat-media-v4~2021-08-30-06-32-31UTC~luh_curlyhead~kingtayylor2~saved~b~EiQSFINQig5T29sWVAwR0tKZ1pmYk5ydBoAGgAyAX1IAIAEYAE is the file name sent through the application.

42. I compared images of OUTLER provided by MV1 and MV2, as well as images of OUTLER recovered from Instagram accounts "atyourcervix" and "disconcerto" to OUTLER's driver's license photographs, FAU surveillance video, and live surveillance observations. This comparison confirms that OUTLER was operating these accounts in order to communicate with minors. Additionally, images of OUTLER and OUTLER's Snapchat avatar were recovered from Snapchat account "kingtayylor2", both of which match OUTLER's likeness.

43. Based on the foregoing facts, I believe there is probable cause to charge SHAWN ANTHONY JACKSON OUTLER with use of a computer to attempt to entice a minor to engage in prohibited sexual activity, in violation 18 U.S.C. § 2422(b) and receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Gennady Julien
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me in Fort Pierce, Florida, this __2nd__ day of March 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE