FILED BY ___scn___ D.C.

**Mar 2, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-mj-00018-SMM

IN RE SEALED COMPLAINT
_____ /

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Complaint, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Complaint, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Complaint become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: 3-2-2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Diana M. Acosta
Assistant United States Attorney
Fla Bar No. 775185
United States Attorney's Office
101 South US Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel.:772-293-0981
Email:Diana.Acosta@usdoj.gov