United States District Court
Southern District of Florida

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*\* No Interpreter Req'd*

**DEFT:** SHAWN ANTHONY JACKSON OUTLER (J)   **CASE NO:** 22–018-SMM

**AUSA:** Luisa Berti, *present* for Diana Acosta   **ATTORNEY:**

**AGENT:** SA Gennady Julien, FBI   **VIOL:** 18:2422(b) and 18:2252(a)(2)

**PROCEEDING:** Initial Appearance on Complaint   **BOND REC:** PTD   **SET:**

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other:

*Deft present without counsel and advised of rights along with criminal charges and possible penalties*

*Deft sworn and testimony taken re: appointment of counsel; Court declares Deft indigent and appoints Federal Public Defender's Office, AFPD Panayotta Augustin-Birch present*

*Initial Appearance held:*

*Gov't is recommending detention as Deft is a danger to the community and a risk of flight*

*Defendant detained until the detention/bond hearing set for Friday March 11, 2022 at 10AM*

**DISPOSITION:** IAheld

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| DET/BOND HRG: | 3/11/2022 | 10:00 AM | FTP Duty Magistrate | Fort Pierce |
| PE/ARRAIGNMENT: | 3/18/2022 | 10:00 AM | FTP Duty Magistrate | Fort Pierce |
| IDENTITY HEARING: | | | | |
| FINAL EVID HRNG-VSR: | | | | |

DATE: 3/4/2022  START TIME: 10:00 A.M.   Time in Court: 12  Minutes   (DAR: 10:01:45 to 10:24:47   FTP-FJL/4074)