UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-00018-MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

SHAWN ANTHONY JACKSON OUTLER

    Defendant.
    _____/

**UNOPPOSED MOTION TO CONTINUE PRETRIAL DETENTION HEARING**

COMES NOW, the Defendant, SHAWN OUTLER, by and through the undersigned counsel, and requests this Court continue the pretrial detention hearing scheduled for March 11, 2022 until March 16, 2022. As grounds, he states:

1. Mr. Outler appeared for his initial appearance on March 4, 2022 and this Court scheduled his pretrial detention hearing for March 11, 2022 at 10 a.m. in Fort Pierce. (DE 8). Undersigned counsel was not present in court when the court scheduled the pretrial detention hearing as he was on annual leave.

2. On March 11, 2022, at 9 a.m., undersigned counsel is scheduled to appear before the Honorable Judge Kenneth Marra in West Palm Beach for a change of plea/ sentencing hearing in *United States v. Marco Guevarra-Cortez*, case number 22-CR-80020-KAM. Then, at 12:30 p.m. on the same day, undersigned counsel is scheduled to appear before the Honorable Judge Bruce Reinhart in West Palm Beach for a change of plea hearing in *United States v. Kena Boone*, case number 21-CR-60140-RLR.

3. Undersigned counsel has conferred with Mr. Outler and AUSA Diana Acosta regarding this conflict and neither have any objection to continuing the pretrial detention hearing in this case until Wednesday, March 16, 2022.

WHEREFORE Defendant respectfully requests the Court to grant the above-styled motion.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

s/ *Scott Berry*
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@FD.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  By: *s/Scott Berry*
                                       Scott Berry