# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 22-mj-00018-SMM

**UNITED STATES OF AMERICA,**

                Plaintiff

v.

**SHAWN ANTHONY JACKSON OUTLER,**

                Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| U.S. District Judge Aileen M. Cannon | Diana M. Acosta | Scott G. Berry |
| **HEARING DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 3/16/2022 Detention Hrg. | (Digital 10:42:03/11:10:48) | Suzanne Carlson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/16/2022 | ✓ | ✓ | Instagram (Chat) Business Record Pg. 605 & 665 |
| 2 | | 3/16/2022 | ✓ | ✓ | Snapchats 2021 |
| 3 | | 3/16/2022 | ✓ | ✓ | Instagram (Chat) Business Record Pg. 1633, 1634, 1635, & 1636 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages