| Instagram Business Record | Page 605 |
|---|---|

**Body** and it's gonna hurt so bad bc i used it yesterday real rough

**Author** (Instagram: 3487611616)
**Sent** 2019-11-28 05:19:13 UTC
**Body** i took sum cute videos for u bubby (;

**Author** (Instagram: 3487611616)
**Sent** 2019-11-28 05:20:34 UTC
**Body** bubby it's gonna hyrt sooooo bad

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-28 05:22:29 UTC
**Body** Lemme see da vids

**Author** (Instagram: 3487611616)
**Sent** 2019-11-28 05:22:54 UTC
**Body** hmmmmmm

**Author** (Instagram: 3487611616)
**Sent** 2019-11-28 05:22:59 UTC
**Body** they're real cute

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-28 05:24:56 UTC
**Body** Send it cutir

**Author** (Instagram: 3487611616)
**Sent** 2019-11-28 05:27:51 UTC
**Body** hehehe so many

**Author** (Instagram: 3487611616)
**Sent** 2019-11-28 05:28:03 UTC
**Body** ┌(☐☐ sent a video.
**Attachments** video-1603583002.mp4 (353097715918319)
**Type** video/mp4
**Size** 1624061
**URL** https://interncache-eag.fbcdn.net/v/t50.2886-2/78676823_1311405902370970_2913373572696700044_n.mp4/video-1603583002.mp4?ccb=1-3&_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2dlbl9sYWVudC9sbnRpdHkvbWVzc2FnZV92aWRlbyJ9&_nc_ht=interncache-eag&oh=234edd9a058e525a9e90a00fd0705812&oe=60F2FC2B&dl=1

**Auth** (Instagram: 3487611616)
**Sent** 2019-11-28 05:28:03 UTC
**Body** i felt so cute taking them i was thinking about u 🥰🥰

**Author** (Instagram: 3487611616)
**Sent** 2019-11-28 05:28:12 UTC
**Body** ┌(☐☐ sent a video.
**Attachments** video-1602663681.mp4 (2676138632601847)
**Type** video/mp4
**Size** 1731968
**URL** https://interncache-eag.fbcdn.net/v/t50.2886-2/79288572_186429659157691_55556949864378

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-mj-00018-SMM
EXHIBIT NO. 1

**Instagram Business Record**  Page 665

**Author**
  disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:07:33 UTC
**Body** Reply

**Author**           (Instagram: 3487611616)
**Sent** 2019-11-29 23:07:52 UTC
**Body** shut u

**Author**           (Instagram: 3487611616)
**Sent** 2019-11-29 23:08:13 UTC
**Body** ꜰ(⧠ sent an attachment.

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:08:59 UTC
**Body** It's not loading and I'm stuffed after eating Wendy's

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:09:03 UTC
**Body** U need to eat Wendy's

**Author**           (Instagram: 3487611616)
**Sent** 2019-11-29 23:09:12 UTC
**Body** maybe one day

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:10:24 UTC
**Body** Oh shit shoreline mafiav

**Author**           (Instagram: 3487611616)
**Sent** 2019-11-29 23:10:35 UTC
**Body** mhm bubby

**Author**           Instagram: 3487611616)
**Sent** 2019-11-29 23:10:37 UTC
**Body** ur cute

**Author**           Instagram: 3487611616)
**Sent** 2019-11-29 23:10:43 UTC
**Body** ALMOST MY BIRTHDAY

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:11:48 UTC
**Body** Da big 18

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:11:55 UTC
**Body** Oh shit she legal

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:12:04 UTC
**Body** Finna go Stoopid / crazy

**Author**           (Instagram: 3487611616)
**Sent** 2019-11-29 23:12:14 UTC
**Body** me

**Author** disconcerto (Instagram: 10334386567)
**Sent** 2019-11-29 23:18:06 UTC