

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 292 | CHAT | 7a2f4aff-7 | kingtayylor2 | | wya beautiful | | | | TRUE | Mon Aug 30 06:21:31 UTC 2021 | |
| 293 | CHAT | 7a2f4aff-7 | | kingtayylor2 | Sorry I can’t call can we jus go with the first option? | | | | TRUE | Mon Aug 30 06:22:53 UTC 2021 | |
| 294 | CHAT | 7a2f4aff-7 | kingtayylor2 | | yeah ig 😜 | | | | TRUE | Mon Aug 30 06:23:11 UTC 2021 | |
| 295 | SNAP | 7a2f4aff-7 | kingtayylor2 | | | | | | FALSE | Mon Aug 30 06:23:31 UTC 2021 | |
| 296 | CHAT | 7a2f4aff-7 | | kingtayylor2 | Sorry jus don't wanna watch in call | | | | TRUE | Mon Aug 30 06:24:00 UTC 2021 | |
| 297 | CHAT | 7a2f4aff-7 | kingtayylor2 | | i didn't mean watch it lol | | | | TRUE | Mon Aug 30 06:24:28 UTC 2021 | |
| 298 | CHAT | 7a2f4aff-7 | kingtayylor2 | | i meant i just show u what it looks like and that's it | | | | TRUE | Mon Aug 30 06:24:41 UTC 2021 | |
| 299 | CHAT | 7a2f4aff-7 | | kingtayylor2 | i can't | | | | TRUE | Mon Aug 30 06:28:54 UTC 2021 | |
| 300 | CHAT | 7a2f4aff-7 | | kingtayylor2 | Buh I can't find my videos | | | | TRUE | Mon Aug 30 06:29:03 UTC 2021 | |
| 301 | CHAT | 7a2f4aff-7 | | | Here | | | | TRUE | Mon Aug 30 06:31:11 UTC 2021 | |
| 302 | CHAT | 7a2f4aff-7 | kingtayylor2 | | what | | | | TRUE | Mon Aug 30 06:31:21 UTC 2021 | |
| 303 | CHAT | 7a2f4aff-7 | | kingtayylor2 | They didn't send hold up | | | | TRUE | Mon Aug 30 06:31:48 UTC 2021 | |
| 304 | CHAT | 7a2f4aff-7 | kingtayylor2 | | ? | | | | TRUE | Mon Aug 30 06:32:15 UTC 2021 | |
| 305 | EXTERNAL | 7a2f4aff-7 | | kingtayylor2 | | | b~EiQSFVII | | TRUE | Mon Aug 30 06:32:31 UTC 2021 | |
| 306 | CHAT | 7a2f4aff-7 | kingtayylor2 | | ok so do you want premium | | | | TRUE | Mon Aug 30 06:33:25 UTC 2021 | |
| 307 | CHAT | 7a2f4aff-7 | kingtayylor2 | | pussy looks so tasty fr | | | | TRUE | Mon Aug 30 06:33:46 UTC 2021 | |
| 308 | CHAT | 7a2f4aff-7 | | kingtayylor2 | Yes.. that's be nice | | | | TRUE | Mon Aug 30 06:33:51 UTC 2021 | |
| 309 | CHAT | 7a2f4aff-7 | | kingtayylor2 | Thx | | | | TRUE | Mon Aug 30 06:33:55 UTC 2021 | |
| 310 | CHAT | 7a2f4aff-7 | kingtayylor2 | | good girl | | | | TRUE | Mon Aug 30 06:34:02 UTC 2021 | |
| 311 | CHAT | 7a2f4aff-7 | kingtayylor2 | | i gotta log in i think idk if i can send u a card | | | | TRUE | Mon Aug 30 06:34:17 UTC 2021 | |
| 312 | CHAT | 7a2f4aff-7 | | kingtayylor2 | Here | | | | TRUE | Mon Aug 30 06:34:39 UTC 2021 | |
| 313 | CHAT | 7a2f4aff-7 | | kingtayylor2 | coronacation26 | | | | TRUE | Mon Aug 30 06:34:44 UTC 2021 | |
| 314 | CHAT | 7a2f4aff-7 | kingtayylor2 | | u gotta guide me thru lol | | | | TRUE | Mon Aug 30 06:34:44 UTC 2021 | |
| 315 | CHAT | 7a2f4aff-7 | | kingtayylor2 | ceciandjaida | | | | TRUE | Mon Aug 30 06:34:52 UTC 2021 | |



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-mj-00018-SMM

EXHIBIT NO. 2