**Instagram Business Record** — Page 1633

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:11 UTC
**Body** 5

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:18 UTC
**Body** 4

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:20 UTC
**Body** 3

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:25 UTC
**Body** 2

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:28 UTC
**Body** 1

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:30 UTC
**Body** 0

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:38 UTC
**Body** ight imma do homework

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:31:41 UTC
**Body** bye

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 01:32:50 UTC
**Body** I don't get notifications on here

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 01:33:00 UTC
**Body** Kingtayylor2

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 01:33:18 UTC
**Body** Hmu like now

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 01:33:20 UTC
**Body** ok

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 01:33:31 UTC
**Body** Ty

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 05:30:26 UTC
**Body** ok

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:30:46 UTC

| Instagram Business Record | Page 1634 |

**Body**
   i warned you

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:30:56 UTC
**Body** at least 10 times

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:31:04 UTC
**Body** i told you i didn't like it

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 05:31:05 UTC
**Body** U act like I'm not worried rn

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:31:09 UTC
**Body** and you kept going

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:31:11 UTC
**Body** so like

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 05:31:12 UTC
**Body** I thought I lost u

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 05:31:16 UTC
**Body** ;/

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:31:23 UTC
**Body** well

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:31:26 UTC
**Body** no more snapchat

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:31:29 UTC
**Body** must suck

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 05:31:36 UTC
**Body** Unblock it

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 05:31:43 UTC
**Body** I'll TTYL I'm sleepy

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:33:58 UTC
**Body** no. i don't want to get horny like ever again

**Author** (Instagram: 2164855785)
**Sent** 2018-10-26 05:34:04 UTC
**Body** ok bye

**Instagram Business Record**  Page 1635

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-26 16:58:35 UTC
**Body** LMFAO LAST NIGHT WAS LIT

**Author** (Instagram: 2164855785)
**Sent** 2018-10-27 00:37:26 UTC
**Body** um no

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-27 02:27:48 UTC
**Body** Add me on snap wtf

**Author** (Instagram: 2164855785)
**Sent** 2018-10-27 03:12:41 UTC
**Body** no

**Author** (Instagram: 2164855785)
**Sent** 2018-10-27 03:12:47 UTC
**Body** fine whatever

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-10-31 23:25:02 UTC
**Body** Ur vote is irrelevant
**Share**  **Date Created** Unknown

**Author** (Instagram: 2164855785)
**Sent** 2018-10-31 23:28:43 UTC
**Body** like you

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-01 00:01:33 UTC
**Body** Ouch

**Author** (Instagram: 2164855785)
**Sent** 2018-11-01 03:47:53 UTC
**Body** yea bro

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 00:53:07 UTC
**Body** great until i saw this post. you better not nut this month
**Share**  **Date Created** Unknown
  **Url** https://instagram.com/stories/atyourcervix/1903339978059022801

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:55:52 UTC
**Body** Haha I literally nut once a month I'm always busy

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:55:59 UTC
**Body** U better not get horny

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:56:07 UTC
**Body** Also that's my friend zoie

| | Instagram Business Record | Page 1636 |

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 00:56:14 UTC
**Body** doesn't mean i'm gonna nut

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:56:29 UTC
**Body** U were close

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 00:57:46 UTC
**Body** bruh no i wasn't

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 00:58:10 UTC
**Body** you were the one telling me to do it when i was the one telling you to stop and telling myself i wasn't gonna do it

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:58:47 UTC
**Body** Ur strong

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:58:57 UTC
**Body** I'm a good kid anyways

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 00:59:17 UTC
**Body** HOW

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 00:59:25 UTC
**Body** you wanted me to masturbate—

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:59:36 UTC
**Body** In the moment

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 00:59:37 UTC
**Body** YOU ASKED A THIRTEEN YEAR OLD TO HELP YOU FINISH

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 00:59:49 UTC
**Body** I don't recall

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 01:00:10 UTC
**Body** now you're acting dumb ? alright

**Author** atyourcervix (Instagram: 8219499132)
**Sent** 2018-11-02 01:05:26 UTC
**Body** I love you

**Author** (Instagram: 2164855785)
**Sent** 2018-11-02 01:05:33 UTC
**Body** bro bye

**Author** atyourcervix (Instagram: 8219499132)