FILED BY ___scn___ D.C.

Mar 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __22-14018-CR-CANNON/MAYNARD__
18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 2428(a)

UNITED STATES OF AMERICA

vs.

SHAWN ANTHONY JACKSON OUTLER,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Enticement of a Minor**
**(18 U.S.C. § 2422(b))**

Beginning on or about September 21, 2018, and continuing through on or about November 2, 2018, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**SHAWN ANTHONY JACKSON OUTLER,**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years, that is, Victim 1, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2
### Production of material containing visual depictions
### of sexual exploitation of minors
### (18 U.S.C. §§ 2251(a) and (e))

On or about August 30, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### SHAWN ANTHONY JACKSON OUTLER,

did use, persuade, induce, entice, and coerce, a minor, that is, Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 3
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2))

On or about August 30, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### SHAWN ANTHONY JACKSON OUTLER,

knowingly received visual depictions, that is, electronic files, using any means and facility of interstate and foreign commerce and that were shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in 18 United States Code, Section 2256(2), and the visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SHAWN ANTHONY JACKSON OUTLER**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 2422 2251(a) and 2252(a)(2), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a)(2), and any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, pursuant to Title 18, United States Code, Section 2428(a)(1).

All pursuant to Title 18, United States Code, Sections, 981(a)(1)(C) and 2428(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 22-14018-CR-CANNON/MAYNARD

v.

Shawn Anthony Jackson Outler,

Defendant. /

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

**Court Division:** (Select One)
- ☐ Miami ☐ Key West ☐ FTL
- ☐ WPB ☑ FTP

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take **5** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  0 to 5 days  ☑
   - II  6 to 10 days  ☐
   - III  11 to 20 days  ☐
   - IV  21 to 60 days  ☐
   - V  61 days and over  ☐

   (Check only one)
   - Petty  ☐
   - Minor  ☐
   - Misdemeanor  ☐
   - Felony  ☐

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **22-18-SMM**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **3/3/2022**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**
7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Diana M. Acosta
Assistant United States Attorney
Court ID No.     775185

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14018-CR-CANNON/MAYNARD

PENALTY SHEET

Defendant's Name: SHAWN ANTHONY JACKSON OUTLER,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Enticement of a minor to engage in illegal sexual activity | 18 U.S.C. § 2422(b) | 10 years to life imprisonment<br>$250,000 fine<br>SR 5-years up to life<br>$100 Special Assessment<br>$5,000 Special Assessment |
| 2 | Production of material containing visual depictions of sexual exploitation of minors | 18 U.S.C. § 2251(a) and (e) | 15 to 30 years' imprisonment<br>$250,000 fine<br>SR: at least 5 years up to life<br>$100 Special Assessment<br>$5,000 Special Assessment unless indigent |
| 3 | Receipt of Child Pornography | 18 U.S.C. § 2252(a)(b) | 5 to 20 years imprisonment<br>$250,000 fine<br>SR: 5 years up to life<br>$100 Special Assessment<br>$5,000 Special Assessment unless indigent |

FILED BY \_\_\_scn\_\_\_ D.C.

Mar 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

22-14018-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

v.

SHAWN ANTHONY JACKSON OUTLER,

Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____

Diana M. Acosta
Assistant United States Attorney
FL Bar No. 775185
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0981
Fax: 772-466-1020
Email: diana.acosta@usdoj.gov