**United States District Court**
**Southern District of Florida**
# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*\* No Interpreter Req'd*

**DEFT:** SHAWN ANTHONY JACKSON OUTLER (J)    **CASE NO:** 22-14018-CR-CANNON

**AUSA:** Luisa Berti, *present* for Diana Acosta    **ATTORNEY:** AFPD Panayotta Augustin-Birch, *present* for AFPD Scott Berry

**AGENT:** SA Gennady Julien, FBI    **VIOL:** 18:2422(b); 18:2252(a)(2)

**PROCEEDING:** Arraignment on Indictment    **BOND REC:** PTD    **SET:**

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other:

*Deft present with court appointed counsel, AFPD Panayotta Augustin-Birch present for AFPD Scott Berry*

*Arraignment held:*

*Deft waives formal reading of the Indictment, Deft advised of charges and possible penalties*

*Not guilty plea entered, Jury trial demanded and paperless Standing Discovery Order entered by the court*

*Court continues Order of Detention as a danger to the community*

**DISPOSITION:** Arraignheld
**NEXT COURT APPEARANCE:**    **DATE:**    **TIME:**    **JUDGE:**    **PLACE:**

INQUIRY RE COUNSEL:
PTD/ARRAIGNMENT:
IDENTITY HEARING:
FINAL EVID HRNG-VSR:

DATE: 3/25/2022  START TIME: 10:00 A.M.   Time in Court : 5 Minutes   (DAR: 11:24:18 to 11:29:22   FTP-FJL/4074 )