UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14018-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAWN ANTHONY JACKSON OUTLER,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE CALENDAR CALL, TRIAL AND TRIAL RELATED DEADLINES

COMES NOW, the Defendant, SHAWN OUTLER, by and through the undersigned counsel, and requests this Court continue calendar call, trial and trial related deadlines in the above-captioned case. As grounds, he states:

1. The government charged Mr. Outler with one count each of enticement of a minor, in violation of 18 U.S.C. § 2422(b), production of material containing visual depictions of sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252(a) and (e), and receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). (DE 19).

2. Magistrate Judge Shaniek Maynard arraigned him on March 25, 2022. (DE 20).

3. Per local rule, the government must provide discovery no later than 14 days following arraignment, or April 8, 2022.

4. In its scheduling order, this Court required all pretrial motions filed no later than April 11, 2022 and scheduled this matter for calendar call on May 3, 2022 and trial on May 9, 2022. (DE 21).

5. The government has advised undersigned counsel that, though she expects she will timely provide discovery, it is "voluminous," indicating it includes thousands of pages of records.

6. Undersigned counsel has scheduled his annual leave from May 31, 2022 through June 15, 2022. Additionally, undersigned counsel will begin trial in *United States v. Suzanne Kaye*, case number 21-CR-80039-RLR, on June 27, 2022.

7. The government has advised she will be on annual leave from July 11-15, 2022. Additionally, her case agent has scheduled his annual leave from July 1-16, 2022.

8. To allow undersigned counsel time to review discovery and permit the parties to otherwise prepare for trial or determine whether this case may resolve without a trial, and to accommodate the aforementioned annual leave and trial schedules, the parties respectfully request this Court continue the calendar call and trial until August 1, 2022. The parties further request this Court continue any trial related deadlines.

9. AUSA Diana Acosta has no objection to this request.

WHEREFORE Defendant respectfully requests the Court to grant the above-styled motion.

                                        Respectfully submitted,

                                        MICHAEL CARUSO
                                        FEDERAL PUBLIC DEFENDER

                                        s/ *Scott Berry*
                                        Scott Berry
                                        Assistant Federal Public Defender
                                        Attorney for the Defendant
                                        Florida Bar No. 0525561
                                        450 South Australian Avenue, Suite 500
                                        West Palm Beach, Florida 33401
                                        (561) 833-6288 - Telephone
                                        Scott_Berry@FD.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            By: *s/Scott Berry*
              Scott Berry