## ACKNOWLDGEMENT OF PROTECTIVE ORDER

The undersigned acknowledges that he or she has received a copy of the Protective Order in *United States v. Shawn Anthony Jackson Outler*, Case No. 22-14018-CR-AMC/SMM, has read, understands, and agrees to its terms, and hereby submits to the jurisdiction of the United States District Court for the Southern District of Florida, for the purposes of enforcement of the terms of the order and the punishment of any violations.

Date: _____

_____
Name

_____
Street Address

_____
City, State, Zip

_____
Telephone Number

_____
Email