UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14018-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**SHAWN ANTHONY JACKSON OUTLER,**

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE CALENDAR CALL, TRIAL, AND TRIAL RELATED DEADLINES

**THIS CAUSE** comes before the Court on Defendant Shawn Anthony Jackson Outler's First Unopposed Motion to Continue Trial [ECF No. 22]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 22] is **GRANTED** for the reasons stated in the Motion. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, April 4, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, July 26, 2022, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **August 1, 2022**.

2. All pre-trial motions and motions *in limine* must be filed by **June 13, 2022**. Each party

CASE NO. 22-14018-CR-CANNON

is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 21] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of April 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record