UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14018-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**SHAWN ANTHONY JACKSON OUTLER,**

    Defendant.
_____/

## ORDER GRANTING IN PART SECOND UNOPPOSED MOTION TO CONTINUE TRIAL, CALENDAR CALL, AND RELATED DEADLINES

**THIS CAUSE** comes before the Court on Defendant's Second Unopposed Motion to Continue Trial [ECF No. 30]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 30] is **GRANTED IN PART**. The Court previously granted Defendant's request for a continuance of the trial date and the pre-trial motions deadline, extending such deadlines by nearly 90 days [ECF Nos. 21, 22, 25]. Defendant now seeks another 60-day extension to review discovery, which Defendant received on April 8, 2022. Defendant is detained pending trial [ECF No. 18]. The Court finds that the interests of justice served by a further partial continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, May 27, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

CASE NO. 22-14018-CR-CANNON

1. Calendar call will be held on **Tuesday, September 6, 2022, at 1:45 p.m.** The case is set for **Jury Trial** during the two-week trial period that begins **September 12, 2022.**

2. Any pretrial motions and motions *in limine* must be filed by **August 5, 2022**.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 21] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

5. **No further extensions of the trial period will be granted absent extraordinary circumstances not heretofore presented to the Court.**

6. <u>**In addition, no later than June 3, 2022, the Government shall file a discovery status report detailing the status of all discovery, including any outstanding discovery yet to be produced to Defendant**</u>.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of May 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record