

# SHEILA K. RAPA
PSYD, PA

## Curriculum Vitae

2880 Oakland Park Blvd, Suite 116
Oakland Park Florida 33311
Phone: (954) 684-9406
E-mail: Drsrapa@gmail.com

**Licensed Clinical and Forensic Psychologist**
Florida # PY6189

## EDUCATION

| Institution | Degree | Date |
|---|---|---|
| Albizu University<br>Miami, Florida | Doctor of Psychology<br>Clinical Psychology<br>Conferred with Distinction | 1999 |
| Albizu University<br>Miami, Florida | Master of Science<br>Clinical Psychology<br>Conferred with Distinction | 1994 |
| Palm Beach Atlantic College<br>West Palm Beach, Florida | Bachelor of Science<br>Psychology<br>Academic Scholarship Recipient | 1990 |

## AREAS OF EXPERTISE

Expert Witness Testimony in Adult and Juvenile Sex Offending
Expert Witness Testimony in Civil Commitment/ Sexually Violent Predator Trials
Expert Witness Testimony in Child Pornography and Online Offending
Expert Witness Testimony in Child and Adult Victims of Sexual Assault
Expert Witness Testimony in Behavioral Disorders of Adolescence.
Expert Witness Testimony in Posttraumatic Stress Disorder and Attachment Disorder
Expert Witness Testimony in Intimate Partner Violence
Certified by the State of Florida to conduct Court-Ordered Batterers' Treatment
Qualified by the State of Florida Requirements to provide Juvenile Sex Offender Treatment
Testified as an Expert in Federal, Civil, Family, Dependency, Juvenile, and Criminal Court, and Grand Jury hearings throughout Florida.

## CLINICAL POSITIONS

**Private Practice, Sheila Rapa, Psy.D, P.A.**                2001 to present
Fort Lauderdale, Florida
Full forensic practice providing full battery psychological assessments, custody evaluations, competency evaluations, NGI evaluations, and dependency evaluations. Specializing in the forensic evaluation of sexual abuse and sexually offending behaviors in children, adolescents, and adults. Forensic Psychosexual Evaluations provided to sexual offenders, including Sexually Violent Predators, Child Pornography, and Traveling offenders. Experience in Abel screening and actuarial instruments. Contracted by the Department of Children and Families, Sexually Violent Predator Program (SVPP) to evaluate and provide risk assessment for referred individuals. In addition, conduct evaluations and treatment of trauma related disorders, physical abuse, severe neglect, victims of human sex trafficking, gang violence, and intimate partner violence. Provide clinical and forensic trainings to mental health professionals and organizations. Expert consultation and testimony in court.

**Chief Clinical Officer (CCO), Chrysalis Health**                2014—March 2020
**Clinical Director, Chrysalis Health**                           1999-2014
Fort Lauderdale, Florida

Responsible for oversight and coordination of all clinical aspects of programming for the largest Medicaid providing community mental health center in Florida. Ensure that the Chrysalis Health provides quality and sound clinical services to all clients, meeting needs of targeted population specific to each program. Ensure that appropriate subjective and objective measures are utilized to review outcomes related to client care and monitor the quality of therapeutic and after care planning services. Assess, coordinate, plan and implement clinical training programs for all Chrysalis departments and staff and provide regular training for all personnel. Key figure in attending community events, meetings, forums, etc. and coordinating treatment team meetings for all Chrysalis departments. Establish key relationships with community providers and maintain current knowledge of state and local mental health system. Liason between contracting entities, other providers, and the Chrysalis Health. Oversee any department relating to client care, and participate in the development of all policies related to clinical programming. Provide oversight to assessment, evaluation, and Multidisciplinary Assessment Team (MAT) staffings to make recommendations as to all child-on-child sexual abuse cases as well as minor domestic sex trafficking cases reported to the Abuse Hotline in Broward County. Serve as a behavior analyst for specialized therapeutic group care programs. Responsibilities also include program development for a comprehensive treatment program for sexual abuse victims, juvenile sexual offenders and victims of minor domestic sex trafficking. Provide expert consultation and testimony in court.

**Psychometrician/Psychologist, Contract Provider**           1999 to 2001
Broward County, Florida
Psychosexual evaluations, full battery psychological assessments, forensic sexual abuse evaluations, custody evaluations, competency evaluations, and dependency/placement evaluations.

**Psychometrician, Outreach Broward**   1998 to 1999
Fort Lauderdale, Florida
Administration and interpretation of intelligence and other cognitive tests, personality tests, and psychodiagnostic interviews.

**Outpatient Therapist, Miami Children's Hospital**   1996 to 1998
Miami, Florida
Outpatient individual, family and group psychotherapy for patients with various psychological disorders. Psychological testing, treatment planning, crisis intervention and emergency consultations. Specialization in eating disorders, trauma based disorders, sexual abuse, exposure to domestic violence, physical abuse, and adolescent sexual offending.

**Therapist, The Rose Institute**   1995 to 1996
Fort Lauderdale, Florida
Group treatment for chronically mentally ill patients diagnosed with schizophrenia, bipolar disorder, major depression, chemical dependency, intellectual disability, and dissociative identity disorder.

**Psychometrician, Kids In Distress**   1995 to 1996
Wilton Manors, Florida
Administration and interpretation of intelligence and other cognitive tests, personality tests, and psychodiagnostic interviews.

**Therapist, The Renfrew Center**   1994 to 1995
Coconut Creek, Florida
Individual and group treatment specifically for adult females with psychological disorders due to severe trauma. Special interest in dissociative, mood, and personality disorders, and sexual victimization.

## ACADEMIC POSITIONS

Adjunct Professor   Palm Beach Atlantic University   2013 to present
         Undergraduate School of Psychology

## CLINICAL TRAINING

**Miami Children's Hospital**   1996 to 1997
Miami, Florida
Predoctoral internship consisting of 2000 hours of clinical training specializing in pediatric medicine and disorders of childhood and adolescence. Specializing in trauma, behavioral disorders, sexual trauma and juvenile sexual offending. Supervisor: James R. Huff, Ph.D.

**Kids in Distress**                                                      1995 to 1996
Wilton Manors, Florida
Training in individual play therapy, psychological testing of children, family visitations, psychoeducational parenting interventions and cognitive-behavioral treatment for sexually abused children. Supervisors: Faith Chudnofsky, Psy.D. and Tim Iverson, Ph.D.

**Goodman Psychological Services Center**                                 1993 to 1995
Miami, Florida
Training in individual and family therapy, community-based interventions and collaboration with other community mental health centers. Completed approximately 1,000 hours of service. Supervisors: Stephen Dubbin, Ph.D. and Carmen Roca, Ph.D.

**Palm Beach Atlantic College**                                           1988 to 1990
West Palm Beach, Florida
Research assistance and data analysis on projects covering a range of psychological and forensic topics, including nocturnal enuresis, short-term memory and recall, and aggression in male inmates. Supervisor: James Reeves, Ph.D.

## INVITED LECTURES AND PRESENTATIONS

Rapa, S (2016) *Ethical Considerations When Working with Sexual Offenders,* Presented in April 2016, Minnesota Association for the Treatment of Sexual Offenders (MNATSA)

Rapa, S (2014) *Assessing and Treating Sexual Abuse and Sexual Behavior Problems*
Presented in April 2014, FADA Adolescent Conference

Rapa,S (2013) *Laws and Ethical Principles When Working With Sexual Offenders*
Presented in May 2013 for Florida Association for the Treatment of Sexual Abusers

Rapa, S. and Nightengale, T (2011) *Psychological and Legal Issues Surrounding Human Trafficking.* Presented in April 2011 for Legal Aid, Florida

Rapa, S. (2011) *Getting Past the Trauma: How To Help Victims Of Human Trafficking Heal.* Presented in January 2011 at a two-week long International Conference in Malta.

Rapa, S. (2010) *Treating Traumatized Children Within the Child Welfare System*
Presented in March at a four-day conference for the Chrysalis Center

Rapa, S. (2010) *Anxiety, Depression and Suicide among the Gay, Lesbian and Transgendered Population* Presented in October 2010 at SunServe: Gay, Lesbian and Transgender Conference

Rapa. S. (2010) *Understanding Children with Sexual Behavior Problems*
Presented September 2010 at the Annual Conference "Path to the Future: Creating a New Vision" Florida Alcohol and Drug Abuse Association and the Florida Council for Community Mental Health

Rapa, S (2009) *Assessment and treatment of Children with Sexual Behavior Problems*
Presented in October 2009 at the Broward County Resource Fair

Rapa, S. (2008) *Assessment and treatment of Children with Sexual Behavior Problems*
Presented in October 2008 at the Broward County Resource Fair

Rapa, S. (2008) *Treating Victims and Victimizers*
Presented in June 2008 to School Board of Dade County

Rapa, S. (2007) *Understanding and Treating Trauma*
Presented in October 2007 at Broward County Resource Fair

Rapa, S. (2007) *PTSD and Attachment Disorders in Children who have been Traumatized*
Presented in June 2007 at School Board of Broward County

Rapa, S. (2006). *Assessment and Treatment of Children with Sexual Behavior Problems*. Presented in October 2006 at the Broward County Resource Fair; Fort Lauderdale, Florida.

Rapa, S. (2006). *Assessment and Treatment of Children with Sexual Behavior Problems*. Presented in October 2006 to the School Board of Broward County; Fort Lauderdale, Florida.

Rapa, S. (2006). *Assessment and Treatment of Children with Sexual Behavior Problems*. Presented in September 2006 to ACHA Conference for Specialized Group Home Providers; Tallahassee, Florida.

Rapa, S. (2004). *Assessing and Treating Posttraumatic Stress Disorder in Children*. Presented in May 2004 at Linking Forces Conference for the Prevention of Child Abuse; Miami, Florida.

Rapa, S. (2004). *Treatment Approaches for Children with Sexual Behavior Problems*. Presented in May 2004 at the Broward County Resource Fair; Fort Lauderdale, Florida

Rapa, S. and Levenson, J. (2002). *Countertransference and Vicarious Traumatization in Therapists who Treat Sexual Offenders*. Presented in October 2002 at the National Conference, Association for the Treatment of Sexual Abusers (ATSA); San Diego, California

Rapa, S. (2002). *Treating Children with Sexual Behavior Problems: A Community Based Approach*. Presented to Linking Forces, Conference for the Prevention of Child Abuse; Miami Florida.

Rapa, S. (2001). *Sexual Abuse and Sexual Reactivity*. Presented to the School Board of Broward County in October 2001; Fort Lauderdale, Florida.

Rapa, S. (2001). *Psychodynamics of Sexual Abuse*. Presented at the Annual Conference, Florida Association for the Treatment of Sexual Abusers (FATSA) in October 2001; Tampa, Florida.

Rapa, S. (2001). *Treatment and Assessment of Children and Adolescents with Sexual Behavior Problems.* Presented at Child Abuse Conference, Joe DiMaggio Children's Hospital in April 2001; Hollywood, Florida.

Rapa, S. (2001) March 2001 Panel Member: Department of Children and Families Panel on Prevention of Child-on- Child Sexual Abuse

Rapa, S. (2001). *The Impact of Trauma on Children who are Sexually Aggressive.* Presented to Whispering Pines School for the Severely Emotionally Disturbed in February 2001; Miramar, Florida.

Rapa, S. (2001). *Identification and Treatment of Sexual Aggression and Offending.* Presented at the Broward County Resource Fair February 2001; Fort Lauderdale, Florida.

**COMMUNITY WORKSHOPS**
These trainings have been provided to multiple community-based and private organizations.

*Getting Past the Trauma: How To Help Victims Of Human Trafficking Heal.*
*Understanding Adolescence, What Does the Brain Have To Do With It*
*What Does Gang Violence Have to Do With Mental Health?*
*Treating Traumatized Children Within the Child Welfare System*
*Understanding and Treating Trauma*
*Adult Sexual offenders and Child Pornography Offenders*
*Vicarious Trauma: Working with Violent Offenders and Victims*
*Sexual Abuse and Posttraumatic Stress Disorder*
*Assessment and Treatment of Sexualized Children and Juvenile Sex Offenders.*
*Working with Attachment Disorders and Families*
*Overview of Psychological Diagnoses*
*Domestic Violence Victims and Perpetrators*
*Introduction to Psychopathy*
*Relapse Prevention Planning*
*Working with Non-Offending Parents*
*Ethics and Professional Conduct*
*Sexual Abuse Safety Planning*
*Cognitive Therapy for Sexual Offenders*
*Writing Court Reports and Expert Testimony*

**RESEARCH**

*Child Sexual Abuse Risk Factors: Modus Operandi and Supervision.*
Research Assistance to Dr. Keith Kaufman, Portland State University through Chrysalis Health

*COMET, Child and Adolescent Mood and Anxiety Treatment program.*
Research with University of Miami and Chrysalis Health for New Treatment Protocol

*Collaboration Initiative: Combining Primary Care and Behavioral Health*
Participating in a Learning Community in Broward County

## PROFESSIONAL AFFILIATIONS

**Fellow, Clinical Member**, Association for the Treatment and Prevention of Sexual Abuse (ATSA)

**Clinical Member**, Florida Association for the Treatment and Prevention of Sexual Abuse

**Clinical Member**, National Adolescent Perpetrator Network (NAPN)

**Clinical Member,** The American Professional Society on the Abuse of Children (APSAC)

**Clinical Member**, American Psychological Association (APA)

**2014-2016 Board Member**, Florida Association for the Treatment and Prevention of Sexual Abuse