UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-14018-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff

vs.

SHAWN ANTHONY JACKSON OUTLER,

    Defendant.
_____/

## NOTICE REGARDING RESTITUTION HEARING SET ON MAY 9, 2023

On March 9, 2023, the Court reset the Defendant's Restitution Hearing to May 9, 2023 affording the government additional time to obtain documentation for any restitution that was due and owing. The government has been unable to obtain any additional documentation. As a result, the government asks that the restitution hearing set on May 9, 2023 be canceled.

UNITED STATES ATTORNEY
MARKENZY LAPOINTE

By

s/*Diana M. Acosta*
DIANA M. ACOSTA (FL Bar #775185)
EMAIL: diana.acosta@usdoj.gov
Assistant United States Attorney
101 S. U.S. Hwy 1, Suite 3000
Fort Pierce, Florida 34950
TEL: 772-466-0899
Attorney for Plaintiff U.S.A

(INTENTIONALLY LEFT BLANK)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

s/*Diana M. Acosta*
DIANA M. ACOSTA
Assistant United States Attorney

**SERVICE LIST**

**Diana M. Acosta, AUSA**
EMAIL: diana.acosta@usdoj.gov
101 S. U.S. Highway 1, Ste. 3100
Ft. Pierce, FL 34950
TEL: 772-293-0981
Attorney for Plaintiff U.S.A.
Method of Service: CM/ECF

**Nicole Garcia, USPO**
EMAIL: Nicole_Garcia@flsp.uscurts.gov
Flagler Center Building
501 South Flagler Drive, Suite 400
West Palm Beach, FL 33401
TEL: 561-804-6883
Method of Service: CM/ECF

**Scott Berry, AFPD**
EMAIL: Scott_Berry@fd.org
Federal Public Defender's Office
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
TEL: 561-833-6288
Attorney for Defendant
Method of Service: CM/ECF